IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

NATIONWIDE MUTUAL INSURANCE COMPANY                                PLAINTIFFS

VS.                                                                 CIVIL ACTION NO.: 2:12CV97-SA-JMV

FRED L. AND DEBBIE BAPTIST;
THE BANK OF NEW YORK MELLON,
FORMERLY KNOWN AS THE BANK OF
NEW YORK; BANK OF AMERICA;
WILSHIRE CREDIT CORPORATION;
AND JOHN DOES A-C                                                   DEFENDANTS

## ORDER

This matter is before the court on motion of the defendants, Fred and Debbie Baptist, to strike plaintiff's notice of supplemental pre-discovery disclosures of core information (#37). For the reasons articulated by plaintiff's counsel in response to the motion - to include the fact that it would certainly appear that initial disclosures were, in fact, made by plaintiff and the fact that defendants never propounded any discovery at all to plaintiff - the court does not find the motion to strike the notice of supplemental disclosure to be well taken. This is particularly so in view of these defendants own rather abbreviated and generic initial disclosures (#17). Finally, as relates to the admissibility of any particular evidentiary item, the same should be addressed via an appropriate *motion in limine* or otherwise at trial.

IT IS, THEREFORE, ORDERED that the Defendants' motions to strike (#37) is hereby DENIED.

SO ORDERED, this the 20th day of June 2013.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE