IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

NATIONWIDE MUTUAL INSURANCE COMPANY                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 2:12-CV-00097-SA-JMV

FRED L. AND DEBBIE BAPTIST;
WILSHIRE CREDIT CORPORATION;
AND JOHN DOES A-C                                                      DEFENDANTS

## ORDER

Pursuant to the Memorandum Opinion issued this day, Plaintiff's Motion for Summary Judgment [40] is GRANTED. The Court finds the policy at issue to be void for the renewal periods after the 2008 foreclosure. Accordingly, Nationwide is entitled to recover all benefits paid for the two undisputed claims filed during those periods.

SO ORDERED on this, the 10th day of September, 2013.

                                            /s/ Sharion Aycock
                                            **U.S. DISTRICT JUDGE**